**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-01531-LTB-MEH

KELSEY MAY,

        Plaintiff,

v.

NATIONAL RECOVERY AGENCY, INC., and
DOES 1-10, inclusive,

        Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) (Doc 4 - filed August 19, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   August 22, 2011